# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIAL - PORTELA & CA S.A., BIAL - HOLDING, S.A., and SUNOVION PHARMACEUTICALS INC.<br><br>Plaintiffs,<br><br>vs.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.<br><br>Defendants. | C.A. No. 20-cv-0782-CFC-CJB |

## LUPIN PHARMACEUTICALS, INC.'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lupin Pharmaceuticals, Inc. hereby states that Lupin Pharmaceuticals, Inc. is a 97% subsidiary of Lupin Inc. and a 3% subsidiary of Lupin Limited.  Lupin Inc. is a wholly-owned subsidiary of Nanomi B.V.  Nanomi B.V. is a wholly-owned subsidiary of Lupin Limited.

Date:  August 11, 2020

*/s/ John C. Phillips, Jr.*
John C. Philips, Jr. (# 110)
David A. Bilson (# 4986)
PHILLIPS McLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Of Counsel*
Keith D. Parr,
James T. Peterka
Nina Vachhani
LOCKE LORD LLP
111 South Wacker Drive

Chicago, IL 60606
(312) 443-0700

*Attorneys for Lupin Ltd. and
Lupin Pharmaceuticals, Inc.*